[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCT 27, 2008
THOMAS K. KAHN
CLERK

_____

No. 06-13759
Non-Argument Calendar

_____

D. C. Docket No. 06-60553-CV-CMA
BKCY No. 03-27976BKC-RB

In Re: PICCADILLY CAFETERIAS, INC.,

Debtor.

_____

STATE OF FLORIDA DEPARTMENT OF REVENUE,

Plaintiff-Appellant,

versus

PICCADILLY CAFETERIAS, INC.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(October 27, 2008)**
ON REMAND FROM THE
SUPREME COURT OF THE UNITED STATES

Before BARKETT and KRAVITCH, Circuit Judges, and TRAGER,[*] District Judge.

PER CURIAM:

This case comes to us on remand from the Supreme Court of the United States, see Florida Dept. of Revenue v. Piccadilly Cafeterias, Inc., – U.S. –, 128 S.Ct. 2326 (2008), reversing our decision in In re Piccadilly Cafeterias, Inc., 484 F.3d 1299 (11th Cir. 2007). Accordingly, we **REVERSE** and **REMAND** to the District Court with instructions to reverse and remand to the Bankruptcy Court for further proceedings consistent with the Supreme Court's opinion.

---

[*] Honorable David G. Trager, United States District Judge for the Eastern District of New York, sitting by designation.